51 A.3d 181

COMMONWEALTH of Pennsylvania, Petitioner

v.

Michael MOLINA, Respondent.

Supreme Court of Pennsylvania.

Aug. 14, 2012.

## ORDER

PER CURIAM.

AND NOW, this 14th day of August 2012, the Petition for Allowance of Appeal is **GRANTED LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by petitioner, is:

(1) Where neither the United States Supreme Court nor the appellate courts of Pennsylvania have ever recognized a protected constitutional interest in the decision to remain silent in a pre-arrest setting, did the Superior Court err in ruling that the use by the Commonwealth of a non-testifying defendant's pre-arrest silence as substantive evidence of his guilt infringes upon his constitutional right to be free from self-incrimination?